## Macksey, Appellant, *v.* Macksey.

Argued December 11, 1969. *Michael T. McDonnell, Jr.,* for appellant; *Fronefield Crawford,* with him *Crawford, Frazier & Diamond,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record we are of the opinion that the court below properly refused a decree in divorce in this case.

WATKINS and SPAULDING, JJ., dissent.

March 20, 1970

## Commonwealth *v.* Armao et al., Appellants.

Argued December 10, 1969. *Angelo A. Guarino,* for appellants; *James D. Crawford,* Assistant District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

HOFFMAN and CERCONE, JJ., took no part in the consideration or decision of this case.